# Court of Appeals
# of the State of Georgia

ATLANTA, February 10, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0999.  JAMES MORRISON v. THE STATE.**

James Morrison pled guilty to obstruction of an officer and disorderly conduct, and on October 3, 2014, the trial court entered his sentence. On December 1, 2014, Morrison filed a notice of appeal to this Court. OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days of the order sought to be appealed. "[A] timely-filed notice of appeal is a jurisdictional prerequisite to a valid appeal." *Henderson v. State*, 265 Ga. 317 (1) (454 SE2d 458) (1995). Because Morrison filed his notice of appeal 59 days after entry of the trial court's order, this appeal is untimely. It is therefore DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 02/10/2015
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.